770 A.2d 253

RAMAPO BRAE CONDOMINIUM ASSOCIATION, INC.; DIANE BENNETT; ZACHARY & ANNE ALLEGRETTI; ILEEN CHANNER; JOSEPH & LESLIE DE MEO; DOROTHY NATALE; PAUL & LUCINE BAUMGART; HERMAT & ROLA BARKHO; VOJTECH & JUDY CERNY; FERMIN & NANCY DIAZ; ALICE BOYD–WILLIAMS; RAJENDRA & SURYA R. PATEL; DAVID &

NANCY VIOLETTE; JAMES & DEBRA BURNETTE; HENRY & SHOW-LING HO; THOMAS & JANET HAMILL; ROBERT & RHONDA SMITH; PETER & MARYJANE DURANTE; HAROLD & TAMMY BRENDEL; SCOTT & LINDA GOODWIN; RAYMOND & LAURA MC DONALD; STEVEN & VERONICA MARINO; CARL & JANICE ARNOLD; SANDRA BOYD; VICTOR & KATHLEEN VELASQUEZ; DINESH & BAHRTI SANGHVI; GLORIA MELENDEZ; ENRIQUE & ALBA VITERY; GUILLERMO & MARIA ESCOBAR; JO ANN WARGO; JOHN & ROSE MARIE ADAMKOVICH; THOMAS & NANCY VETTER; CHARLES & DIANNE MC CREADY; STEVEN & SHARLENE SCHERER; KAMPI & TARA PRAGDAT; JIRINA MANDIC AND ALBERT & SARAH YIP, PLAINTIFFS-APPELLANTS AND CROSS-RESPONDENTS, v. BERGEN COUNTY HOUSING AUTHORITY, PROPERLY IDENTIFIED AS HOUSING AUTHORITY OF BERGEN COUNTY, DEFENDANT-RESPONDENT AND CROSS-APPELLANT, AND NORTH AMERICAN HOUSING CORPORATION; T.R. ARNOLD & ASSOCIATES; RESIDENTIAL WARRANTY CORPORATION AND MERCHANTS AND BUSINESS MENS INSURANCE COMPANY, DEFENDANTS-RESPONDENTS, AND E.O. D'ALESSANDRO, INC., A/K/A E.O. D'ALESSANDRO GARDEN CENTER; ABC CORP.; XYZ CORP.; TARQUINI & ELKIN/SOBOLTA, ARCHITECTS AND PLANNERS; ZZZ ARCHITECTS, INC.; JOHN DOES, AS FICTITIOUS NAMES FOR UNKNOWN MEMBERS OF THE BERGEN COUNTY HOUSING AUTHORITY AND TOWNSHIP OF MAHWAH, DEFENDANTS, AND UFHEIL CONSTRUCTION, CO., INC.; JOSEPH FERRANTE D/B/A J.F. CONSTRUCTION; G. & M ROOFING SERVICE, INC.; JASLO CORPORATION T/A GIORDANO PLUMBING AND HEATING, INC.; TEK ELECTRIC, INS.; WILLIAM L. WISSING, P.E., L.S.; WISSING ENGINEERING ASSOCIATES; COSTIC BALUT & ASSOCIATES; HOOVER TREATED WOOD PRODUCTS, INC.; ABC CORPORATION 1 THROUGH X; AND XYZ CORPORATION 1 THROUGH X (SAID NAME BEING FICTITIOUS AND PRESENTLY UNKNOWN AND UNDETERMINED), THIRD-PARTY DEFENDANTS, AND MERIDIAN CONSTRUCTION, CO., INC., THIRD-PARTY DEFENDANT-RESPONDENT.

Argued January 3, 2001—Decided April 30, 2001.

*John F. Darcy,* argued the cause for appellants and cross-respondents (*McElroy Deutsch & Mulvaney,* attorneys. *Mr. Darcy* and *Kevin P. Harkins,* on the briefs).

*Terrence J. Corriston,* argued the cause for respondent and cross-appellant (*Breslin & Breslin,* attorneys).

*Thomas J. Perry,* argued the cause for respondents Residential Warranty Corporation and Merchants and Business Mens Insurance Company (*Riker, Danzig, Scherer, Hyland & Perretti,* attorneys).

*Frank M. Coscia,* argued the cause for respondents North American Housing Corporation and T.R. Arnold & Associates (*Gallo Geffner Fenster,* attorneys).

*John G. Tinker, Jr.,* argued the cause for respondent Meridian Construction Co., Inc. (*Leary, Bride, Tinker & Moran,* attorneys).

PER CURIAM

The judgment is affirmed, substantially for the reasons expressed in Judge Wefing's opinion of the Appellate Division, reported at 328 *N.J.Super.* 561, 746 *A.*2d 519 (App.Div.2000).

*For affirmance*—Chief Justice PORITZ and Justices STEIN, COLEMAN, LONG, VERNIERO, LaVECCHIA and ZAZZALI—7.

*Opposed*—none.